United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-01901-MJC |
| Barbara Blair | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 25, 2023 | Form ID: ntcnfhrg | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Blair, 721 North Street, Weatherly, PA 18255-1220 |
| 5568109 | + | Celink as servicer for Longbridge Financial LLC, Attn: Bankruptcy Department, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 5561731 | + | Clyde Blair, 721 North St, Weatherly, PA 18255-1220 |
| 5562560 | + | Longbridge Financial, LLC, c/o, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 5561741 | + | Weatherly Area School District c/o, The Slusser Law Firm, 1620 N Church St - Ste 1, Hazleton, PA 18202-9509 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5561729 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 25 2023 18:33:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5561730 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2023 18:43:55 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5561732 | + | Email/Text: bankruptcy@credencerm.com | Sep 25 2023 18:34:00 | Credence Resource Management, 4222 Trinity Mills Rd - Ste 260, Dallas, TX 75287-7666 |
| 5561733 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 25 2023 18:34:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5561734 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2023 18:33:24 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 5561735 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 25 2023 18:33:09 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5561736 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 25 2023 18:34:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5561737 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2023 18:33:34 | JPMCB - Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801-3935 |
| 5561738 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2023 18:33:34 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 5562711 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2023 18:43:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5561739 | ^ | MEBN | Sep 25 2023 18:30:54 | Reverse Mortgage Funding LLC, PO Box 40724, Lansing, MI 48901-7924 |
| 5565378 | | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2023 18:33:24 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5561740 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 25 2023 18:33:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2023　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Barbara Blair claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor Longbridge Financial LLC ecfmail@mwc-law.com |
| Michael Patrick Farrington | on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Barbara Blair, | Chapter 13 |
| **Debtor 1** | Case No. 5:23−bk−01901−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 26, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 2, 2023 <br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 25, 2023 |

ntcnfhrg (08/21)