UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BARBARA BLAIR : CHAPTER 13
    Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
 :
    vs. :
 :
BARBARA BLAIR :
    Respondent : CASE NO. 5-23-bk-01901

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 25th day of September, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

1. The Trustee provides notice to the Court as to the ineffectiveness of debtor's Chapter 13 Plan for the following reasons:

    a. The conduit and total monthly payment amount entries are incorrect.

2. The plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2E and 2G of the plan. (Weatherly Area School District must be served pursuant to Rule 7004; this creditor was served upon a law firm that has not filed an appearance in this case as of the date of service.)

WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 4th day of October, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Laputka, Esquire
1344 West Hamilton Street
Allentown, PA   18102

                                              /s/Deborah A. DePalma
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee