Certificate Number: 14912-PAM-DE-037850050

Bankruptcy Case Number: 23-01901



14912-PAM-DE-037850050

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2023, at 1:59 o'clock PM EDT, Barbara Blair completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 14, 2023　　　　By: /s/Jai Bhatt

　　　　Name: Jai Bhatt

　　　　Title: Counselor