UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Barbara Blair<br>   Debtor<br>  and<br><br>Clyde R. Blair<br>   Co-Debtor<br>Longbridge Financial LLC, or its Successor or Assignee<br>   Movant<br>  vs.<br>Barbara Blair<br>Clyde R. Blair<br>Jack N Zaharopoulos<br>   Respondents | Chapter 13<br><br>Bankruptcy No. 5:23-bk-01901-MJC |

**ORDER**

Upon consideration of the Motion for Relief from Stay, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to permit Longbridge Financial LLC, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 721 North Street, Weatherly, Pennsylvania 18255.

Upon execution and entry of this Order, the requirements specified in Federal Rule of Bankruptcy Procedure 3002.1 (a) B (i) are hereby waived, or made inapplicable in their entirety, during the pendency of the within bankruptcy case absent further Order of this Court.

Mortgage dated May 31, 2012 and recorded on June 13, 2012 in the Office of the Recorder of Carbon County as Instrument Number: 201204492.

Assignment of Mortgage dated January 26, 2023 and recorded on February 3, 2023 in the Office of the Recorder of Carbon County, Pennsylvania in Instrument Number: 202300692.

Assignment of Mortgage dated July 31, 2023 and recorded on August 7, 2023 in the Office of the Recorder of Carbon County, Pennsylvania in Instrument Number: 202305143.