## LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | | |
| **Barbara Blair** | **CHAPTER** | **13** |
| | **CASE NO.** | **23-bk-01901-MJC** |
| **Debtor(s)** | **ADV. NO.** | **- -ap-** |
| | **NATURE OF PROCEEDING:** | **Hearing on Motion for Relief** |
| **Longbridge Financial, LLC** | **DOCUMENT No.** | **28** |
| **Plaintiff(s)/ Movants** | | |
| **vs.** | | |
| **Barbara Blair, Debtor Jack N Zaharopoulos, Trustee** | | |
| **Defendant(s)/ Respondent(s)** | | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
The parties are trying to settle the motion and need additional time to determine if the matter can be resolved and are requesting a thirty day adjournment.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: March 14, 2025

/s/ Andrew M. Lubin
_____
Applicant's Signature

_____

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.