United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Barbara Blair<br>    Debtor | Case No. 23-01901-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 11, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

**Recip ID**      **Recipient Name and Address**
+      Clyde R. Blair, 721 North St, Weatherly, PA 18255-1220

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Andrew M. Lubin
     on behalf of Creditor Longbridge Financial LLC nj-ecfmail@mwc-law.com

Charles Laputka
     on behalf of Debtor 1 Barbara Blair claputka@laputkalaw.com
     jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

Denise E. Carlon
     on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     ecf_pahu_alt@trustee13.com

Marisa Myers Cohen
     on behalf of Creditor Longbridge Financial LLC ecfmail@mwc-law.com

United States Trustee
     ustpregion03.ha.ecf@usdoj.gov

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Barbara Blair<br>   Debtor<br>  and<br><br> Clyde R. Blair<br>   Co-Debtor<br>Longbridge Financial LLC, or its Successor or Assignee<br>   Movant<br>  vs.<br>Barbara Blair<br>Clyde R. Blair<br>Jack N Zaharopoulos<br>   Respondents | Chapter 13<br><br>Bankruptcy No. 5:23-bk-01901-MJC |

## ORDER

Upon consideration of the Motion for Relief from Stay, the Debtor's answer having been withdrawn, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to permit Longbridge Financial LLC, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at:

721 North Street, Weatherly, Pennsylvania 18255.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: April 11, 2025