United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-01901-MJC
Barbara Blair  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 23, 2026     Form ID: ordsmiss     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Blair, 721 North Street, Weatherly, PA 18255-1220 |
| 5568109 | + | Celink as servicer for Longbridge Financial LLC, Attn: Bankruptcy Department, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 5561731 | + | Clyde Blair, 721 North St, Weatherly, PA 18255-1220 |
| 5562560 | + | Longbridge Financial, LLC, c/o, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 5561741 | + | Weatherly Area School District c/o, The Slusser Law Firm, 1620 N Church St - Ste 1, Hazleton, PA 18202-9509 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5561729 | + | EDI: BANKAMER | Jan 23 2026 23:41:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5575367 | | EDI: BANKAMER | Jan 23 2026 23:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5561730 | + | EDI: CAPITALONE.COM | Jan 23 2026 23:41:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5561732 | + | Email/Text: bankruptcy@credencerm.com | Jan 23 2026 18:41:00 | Credence Resource Management, 4222 Trinity Mills Rd - Ste 260, Dallas, TX 75287-7666 |
| 5561733 | + | EDI: CCS.COM | Jan 23 2026 23:41:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5561734 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2026 18:50:31 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 5561735 | + | EDI: AMINFOFP.COM | Jan 23 2026 23:41:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5561736 | + | EDI: IRS.COM | Jan 23 2026 23:41:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5561737 | + | EDI: JPMORGANCHASE | Jan 23 2026 23:41:00 | JPMCB - Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801-3971 |
| 5561738 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 18:50:36 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 5562711 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 18:50:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5576258 | + | EDI: JEFFERSONCAP.COM | Jan 23 2026 23:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5561739 | ^ | MEBN | Jan 23 2026 18:37:52 | Reverse Mortgage Funding LLC, PO Box 40724, Lansing, MI 48901-7924 |
| 5565378 | | EDI: AIS.COM | Jan 23 2026 23:41:00 | T Mobile/T-Mobile USA Inc, by American |

| | | | | |
|---|---|---|---|---|
| 5573505 | | EDI: AIS.COM | | InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| | | | Jan 23 2026 23:41:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5561740 | + | EDI: VERIZONCOMB.COM | | |
| | | | Jan 23 2026 23:41:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Longbridge Financial LLC nj-ecfmail@mwc-law.com |
| Charles Laputka | on behalf of Debtor 1 Barbara Blair ecfnotices@laputkalaw.com<br>jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Marisa Myers Cohen | on behalf of Creditor Longbridge Financial LLC ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Barbara Blair,                                    Chapter      13
    **Debtor 1**
                                                     Case No.     5:23−bk−01901−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 23, 2026

ordsmiss (05/18)